**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 8A**

S. WALTER PACKAGING CORP.

                                    Plaintiff,

v.                                                              Court No. 20-3737-3JP

UNITED STATES OF AMERICA, ET AL.

                                    Defendant.

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: 1/9/2026

_____
Signature of Plaintiff's Attorney
Eric Larson Zalud
Attorney for Plaintiff
Benesch Friedlander Coplan Aronoff, LLP
Firm
127 Public Square, Suite 4900
Street Address
Cleveland, OH 44114
City, State and Zip Code
216-363-4500
Telephone Number
ezalud@beneschlaw.com
E-mail Address

/s/Justin R. Miller (per email consent)
Signature of Defendant's Attorney
Justin R. Miller
Attorney for Defendant
International Trade, US Department of Justice
Firm
26 Federal Plaza, Room 346
Street Address
New York, NY 10278
City, State and Zip Code
202-451-7320
Telephone Number
justin.r.miller@usdoj.gov
E-mail Address

Form 8A-2

## Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 20-3737-3JP | S. Walter Packaging Corp. |

### Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.


Dated: _____


Clerk, U. S. Court of International Trade



By: _____
         Deputy Clerk



(As added Dec. 18, 2001, eff. April, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)